1  Spencer C. Skeen CA Bar No. 182216
   spencer.skeen@ogletree.com
2  Jesse C. Ferrantella CA Bar No. 279131
   jesse.ferrantella@ogletree.com
3  Cameron O. Flynn CA Bar No. 301830
   cameron.flynn@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
5  4660 La Jolla Village Drive, Suite 900
   San Diego, CA  92122
6  Telephone:     858-652-3100
   Facsimile:      858-652-3101
7
   Attorneys for Defendant ROTO-ROOTER
8  SERVICES COMPANY

9                 **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

12  MARSHAWN KIEON SIMPKINS, on behalf     Case No. 4:24-cv-06979-HSG
    of himself and all others similarly situated, and
13  the general public,                                      **ORDER AS MODIFIED GRANTING**
                                                             **STIPULATION TO DISMISS INDIVIDUAL**
14                    Plaintiff,                             **CLAIMS, VACATE SCHEDULING**
                                                             **CONFERENCE, AND STAY ACTION**
15            v.                                             **PENDING INDIVIDUAL ARBITRATION**

16  ROTO-ROOTER SERVICES CO., an Iowa
    corporation; and DOES 1 through 50,
17  inclusive,                                               Complaint Filed:  August 27, 2024
                                                             Removal Date:     October 4, 2024
18                    Defendants.                            Trial Date:       Not Set

19                                                           District Judge:   Hon. Haywood S. Gilliam, Jr.

20

21

22

23

24

25

26

27

28

## ORDER AS MODIFIED

Having reviewed the Parties' Stipulation to Dismiss Class Claims, Vacate the Scheduling Conference, and Stay Action Pending Individual Arbitration, and good cause appearing, the Court hereby ORDERS, pursuant to Federal Rule 41(a)(1)(A)(ii), as follows:

1.  Plaintiff's Class Claims shall be dismissed without prejudice;

2.  Notice of dismissal is not required to be provided to the putative class;

3.  Plaintiff's individual claims shall proceed to arbitration in accordance with the terms of the Arbitration Agreement;

4.  The Scheduling Conference scheduled for January 14, 2025, is hereby vacated;

5.  This action is stayed pending individual arbitration of Plaintiff's claims in accordance with the Arbitration Agreement; and

6.  The parties shall file a joint status report regarding the status of the arbitration proceeding 120 days from the date of this order and every 120 days thereafter unless otherwise ordered.

**IT IS SO ORDERED.**

Dated:  1/8/2025

_Haywood S. Gilliam, Jr._

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE