1  Spencer C. Skeen CA Bar No. 182216
   spencer.skeen@ogletree.com
2  Jesse C. Ferrantella CA Bar No. 279131
   jesse.ferrantella@ogletree.com
3  Cameron O. Flynn CA Bar No. 301830
   cameron.flynn@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
5  4660 La Jolla Village Drive, Suite 900
   San Diego, CA  92122
6  Telephone:    858-652-3100
   Facsimile:    858-652-3101
7
   Attorneys for Defendant ROTO-ROOTER
8  SERVICES COMPANY

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 MARSHAWN KIEON SIMPKINS, on behalf          Case No. 4:24-cv-06979-HSG
   of himself and all others similarly situated, and
13 the general public,                          **ORDER AS MODIFIED GRANTING
                                                STIPULATION TO DISMISS CLASS
14              Plaintiff,                      CLAIMS, VACATE SCHEDULING
                                                CONFERENCE, AND STAY ACTION
15         v.                                   PENDING INDIVIDUAL ARBITRATION**

16 ROTO-ROOTER SERVICES CO., an Iowa
   corporation; and DOES 1 through 50,          Complaint Filed:  August 27, 2024
17 inclusive,                                   Removal Date:     October 4, 2024
                                                Trial Date:       Not Set
18              Defendants.

19                                              District Judge:   Hon. Haywood S. Gilliam, Jr.

20

**ORDER AS MODIFIED**

Having reviewed the Parties' Stipulation to Dismiss Class Claims, Vacate the Scheduling Conference, and Stay Action Pending Individual Arbitration, and good cause appearing, the Court hereby ORDERS, pursuant to Federal Rule 41(a)(1)(A)(ii), as follows:

1. Plaintiff's Class Claims shall be dismissed without prejudice;
2. Notice of dismissal is not required to be provided to the putative class;
3. Plaintiff's individual claims shall proceed to arbitration in accordance with the terms of the Arbitration Agreement;
4. The Scheduling Conference scheduled for January 14, 2025, is hereby vacated; and
5. This action is stayed pending individual arbitration of Plaintiff's claims in accordance with the Arbitration Agreement.
6. The parties shall file a joint status report regarding the status of the arbitration proceeding 120 days from the date of this order and every 120 days thereafter unless otherwise ordered.
7. The Clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Dated: 1/16/2025

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

ORDER AS MODIFIED GRANTING STIPULATION TO DISMISS CLASS CLAIMS, VACATE SCHEDULING CONFERENCE, AND STAY ACTION PENDING INDIVIDUAL ARBITRATION