D.LAW, INC.
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
Svetlana Hovhannisyan (SBN 357330)
l.hovhannisyan@d.law
450 N. Brand Blvd. Suite 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff MARSHAWN KIEON SIMPKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAWN KIEON SIMPKINS, on behalf of himself and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>v.<br><br>ROTO-ROOTER SERVICES CO., an Iowa corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants*, | CASE NO. 4:24-CV-06979-HSG<br><br>*[Assigned for all purposes to the Hon. District Judge Haywood S. Gilliam, Jr.]*<br><br>**ORDER FOR DISMISSAL OF ACTION** |

1  Spencer C. Skeen (SBN 182216)
   Jesse C. Ferrantella (SBN 279131)
2  Cameron O. Flynn (SBN 3018360)
   **OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.**
3  4660 La Jolla Village Drive, Suite 900
   San Diego, CA 92122
4  Phone: (858) 652-3100
   Fax: (858) 652-3101
5  Email: spencer.skeen@ogletree.com
   Email: jesse.ferrantella@ogletree.com
6  Email: cameron.flynn@ogletree.com

7  Attorneys for Defendant ROTO-ROOTER
   SERVICES CO.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

     IT IS HEREBY ORDERED that Plaintiff's remaining individual claims in the above-referenced matter, United States District Court, in the Northern District of California, Case 4:24-CV-06979-HSG are hereby dismissed with prejudice, and each Party is to bear their own costs and fees in connection with the dismissal herein.

Dated:  11/17/2025

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE